TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT L. DURAZO,<br><br>    Defendant. | <u>FELONY COMPLAINT</u><br><br>VIOS. COUNT 1, 18 U.S.C. § 2113(a),(d), ARMED CREDIT UNION ROBBERY;<br>COUNT 2, 18 U.S.C. §924(c), USING, CARRYING AND BRANDISHING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE.<br><br>Magistrate No. 2:23-mj-00890 DBP |

## COUNT 1
(Armed Credit Union Robbery)
18 U.S.C. § 2113(a),(d).

On or about September 25, 2023, in the District of Utah,

**ROBERT L. DURAZO**,

1

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the Golden West Credit Union, located at 769 E. South Temple St., Salt Lake City, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the Golden West Credit Union, a credit union whose deposits are and on the date of the robbery were then insured by the National Credit Union Association Board (NCUAB); and in committing and attempting to commit the above-described offense, did assault and place in jeopardy the lives of others by the use of a dangerous weapon; all in violation of 18 U.S.C. § 2113(a).

**COUNT 2**
(Using, Carrying and Brandishing a Firearm
During and in Relation to a Crime of Violence)
18 U.S.C. § 924(c)

On or about September 25, 2023, in the District of Utah,

**ROBERT L. DURAZO**,

the defendant herein, during and in relation to a crime of violence, that is, the armed credit union robbery described in Count 1 of this Felony Complaint, knowingly used, carried and brandished a firearm, that is, a Glock 19 black handgun; all in violation of 18 U.S.C. § 924(c).

<u>AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT</u>

This complaint is based on the following information:

I, Carlie Marston, being first duly sworn, depose and say:

1. Your affiant, Carlie Marston, is a Salt Lake City police officer assigned to the Robbery/Violent Crimes Unit. Your affiant has been a police officer since January 2008 and graduated from the Salt Lake City Police Department's Police Officer Standards and Training (POST) Academy in May of 2008. Your affiant attended and graduated from the following courses: Salt Lake City Police Department's undercover academy in 2010, an interview and interrogation course, a HIDTA sponsored course on confidential informant management, Drug Recognition Expert training, the Western States VICE Conference in 2013, Task Force Officer training for Homeland Security Investigations in 2016, a Sex Trafficking Course put on by the FBI in 2016 and the Violent Crimes Conference in 2015, 2016, 2018 and 2019. Your affiant attended Southern Virginia University and received a bachelor's degree in 2005. Your affiant has investigated crimes ranging from simple traffic violations, narcotic violations, domestic violence, human trafficking, robbery, and other violent crime offense. Your affiant has attended POST certified training on drug recognition and human trafficking.

2. Your affiant has had the following assignments with the Salt Lake City Police Department: Patrol Division, Public Information Officer, Organized Crime Detective and Robbery Detective. Your affiant is currently a Task Force Officer with the Federal Bureau of Investigations, investigating violent crimes and firearms cases. The information contained in this complaint is based on an investigation conducted by me along with FBI Special Agent Jeremiah Fowlke

3

and investigators from the Salt Lake City Police Departments and other law enforcement agencies.

3. On 09/25/2023 an armed robbery occurred at Golden West Credit Union located 769 E. South Temple, Salt Lake City, Utah. A male adult wearing a face covering, and an orange construction sweatshirt entered the front door of the credit union and presented a black firearm.

4. The suspect pointed a firearm directly at four separate employees and instructed them to move backwards. The suspect then demanded money from three separate tills. The money was placed on top of the counter which was collected by the suspect.

5. After collecting the money, the suspect fled the scene. Each of the three tills contained a GPS tracking device inside of the U.S currency which was stolen. The GPS devices were then monitored remotely. A total of $3,234 was taken from the credit union.

6. The suspect was described as wearing a neon green/yellow jacket/hoodie, white bandana/gator type mask, and black sunglasses.

7. The GPS devices tracked the suspect's movement passing the Utah State Capitol building and then continuing north on Bonneville Blvd. The suspect then made a series of turns and traveled north on Victory Road and then on to US 89 into North Salt Lake City, Utah.

8. The GPS device stopped for a short period of time at the Chevron gas station located at 10 S. Orchard Dr. North Salt Lake City, UT.

9. Salt Lake City Police Officers responded to the Chevron and located a unoccupied white Volvo bearing UT license plate F444TX parked near the gas pumps. A record check was conducted and the vehicle is registered to Robert Durazo.

10. This same Officer who located the vehicle, observed a male bending over and digging into the ground near a tomato Garden across the street to the north. The SLCPD Officer identified the male as Robert Durazo via his Utah driver's license photograph. The male is seen on video surveillance at the Chevron entering the vehicle and leaving the area shortly after.

11. The GPS devices then showed as being in the area of 205 E. Center Steet which is across the street to the north of the Chevron. Officers checked this area and located a large sum of money, three tracking devices, and a Costco receipt hid underneath a rock. The Costco receipt had a membership printed on it. Bountiful Costco was contacted and confirmed the account number located on the receipt belongs to Robert Durazo.

12. SLCPD Officers obtained video surveillance from the Utah State Capitol building. Shortly after the robbery occurred, a white Volvo matching same year and make as the one seen leaving the Chevron is seen traveling east on 500 N. towards Bonneville Blvd.

13. On 09/25/2023 SLCPD Officers located the Volvo registered to Robert parked at the Commons on 2nd apartment complex located at 2862 S. 200 E. South Salt Lake City, UT. The Volvo has a black Harley-Davidson parked directly behind it bearing UT license plate V08HK which is also registered to Robert Durazo.

The Volvo and Harley-Davidson are both parked in a stall assigned to apt #59. Your Affiant contact the management Office for Commons on 2nd apartment complex. The management confirmed that apartment #59 is registered Robert Durazo.

14. Your Affiant received a court authorized search warrant to ping a cell phone believed to be in Durazo's possession. The warrant was submitted to T-Mobile and your Affiant is receiving constant phone pings with Durazo's location. Durazo's phone has been pinging in the area of the target apartment complex consistently for the last twelve hours.

15. Based upon the information provided above, a search warrant was issued by a state judge, authorizing search of the suspect's apartment. Officers located $2,840 cash and a black Glock 19 handgun which resembles the same gun used in the robbery. The suspect as placed under arrest and an additional $151 in cash was found on his person.

16. Offices also located an additional Costco receipt bearing the same account number as the previously recovered Costco receipt belonging to Robert Durazo.

17. Post Miranda the Durazo admitted to committing the armed credit union robbery.

18. Based on the foregoing information, your affiant respectfully requests that a complaint and an arrest warrant be issued for Robert Durazo for a violation of 18 U.S.C Section 2113(a).

Dated this 26th day of September 2023.

*Carlie Marston*
_____
Carlie Marston
Detective Salt Lake City Police Department
FBI TFO


Subscribed and sworn to before me, this __26th__ day of September 2023.

_____
DUSTIN PEAD
United States Magistrate Judge

APPROVED:
TRINA A. HIGGINS
United States Attorney

*Carlos A. Esqueda*
_____
CARLOS A. ESQUEDA
Assistant United States Attorney